Lister *v.* Weeks.

Robert P. Lister et al., complainants and respondents,

*v.*

William R. Weeks, executor and trustee, defendant and appellant.

[Filed November 19th, 1900.]

On appeal from a decree advised by Vice-Chancellor Stevens, whose opinion is reported in *15 Dick. Ch. Rep. 215.*

*Mr. Charles L. Corbin,* for the appellant.

*Mr. Chauncey G. Parker* and *Mr. Robert H. McCarter,* for the respondents.

Per Curiam.

The decree appealed from removed appellant from his position as trustee under the will of Edwin Lister, deceased. While a trustee selected by a testator should not be removed except upon satisfactory proofs, the examination of the proofs has not led us to the view that the conclusion reached therein by Vice-Chancellor Stevens, who advised the decree, was so erroneous as to require reversal. The decree will, therefore, be affirmed, on the grounds stated by him in his opinion.

*For affirmance* — The Chancellor, Chief-Justice, Van Syckel, Dixon, Collins, Fort, Garretson, Hendrickson, Bogert, Adams, Vredenburgh, Voorhees—12.

*For reversal*—None.